FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 12:04 pm, Jun 16, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES HAGINS,

    Defendant.

CRIMINAL ACTION NO. 6:09cr-028

## ORDER

While the appeal was pending in this case, the Government discovered information that had not been provided to the Court. The Government asked that the case be sent back to the Court for consideration. The Court of Appeals has done so. The Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Judgment of this Court. The Court has now Amended the Judgment based on the additional evidence. The case now stands closed.

**SO ORDERED** this 16 day of June, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA